AUSA Christopher Graveline
Special Agent Vicente Ruiz, FBI

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Billy Darell Arnold

Case No. 15-30455

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Billy Darell Arnold,

who is accused of an offense or violation based on the following document filed with the court:

- [ ] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [x] Complaint
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition
- [ ] Violation Notice
- [ ] Order of the Court

This offense is briefly described as follows:
Felon in possession, in violation of 18 U.S.C. §922(g)(1)

FILED
OCT 01 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

Date: 9-26-15

_Issuing officer's signature_

Elizabeth A. Stafford
_Printed name and title_
U.S. Magistrate Judge

City and state: Detroit, MI

### Return

This warrant was received on (date) 09/26/2015, and the person was arrested on (date) 09/27/2015
at (city and state) Detroit, MI.

Date: 09/27/2015

_Arresting officer's signature_

SA Vicente J. Ruiz
_Printed name and title_

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA