UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

    Criminal No. 15-cr-20652

    Honorable George Caram Steeh

Billy Arnold,

    Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

I, Billy Arnold, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: Up to (10) ten years imprisonment, $250,000 in fines;

FILED
OCT 13 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

_____
Billy Arnold
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Print Name: MARIA MANNARINO
Counsel for Defendant

Dated: 10/13/15