UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

Criminal No. 15-cr-20652

v.

Honorable George Caram Steeh

Billy Arnold,

    Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF FOURTH SUPERSEDING INDICTMENT

---

    I, Billy Arnold, defendant in this case, hereby acknowledge that I have received a copy of the Third Superseding Indictment before entering my plea and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: Up to Life imprisonment, $250,000.00 in fines or both;
Count Four: Death or Life imprisonment, $250,000.00 in fines or both;
Count Five: Death or Life imprisonment, $250,000.00 in fines or both;
Count Six: Up to 10 years imprisonment, $250,000.00 in fines or both;
Count Seven: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Eight: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Nine: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Ten: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Eleven: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Twelve: 10 years to Life imprisonment, $250,000.00 in fines or both;
Count Thirteen: Up to 10 years imprisonment, $250,000.00 in fines or both;
Count Fourteen: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Fifteen: 10 years to Life imprisonment, $250,000.00 in fines or both;
Count Sixteen: Death or Life imprisonment, $250,000.00 in fines or both;

Count Seventeen: Death or Life imprisonment, $250,000.00 in fines or both;
Count Eighteen: Up to 10 years imprisonment, $250,000.00 in fines or both;
Count Nineteen: Up to 10 years imprisonment, $250,000.00 in fines or both;
Count Twenty: Up to 10 years imprisonment, $250,000.00 in fines or both;
Count Twenty-One: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Twenty-Two: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Twenty-Three: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Twenty-Four: Up to 10 years imprisonment, $250,000.00 in fines or both;
Count Twenty-Five: 10 years imprisonment, $250,000.00 in fines or both;
Count Twenty-Six: 20 years imprisonment, $250,000.00 in fines or both;
Count Twenty-Seven: 10 years imprisonment, $250,000.00 in fines or both;
Count Twenty-Eight: Up to 10 years imprisonment, $250,000.00 in fines or both;
Count Twenty-Nine: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Thirty: Up to 20 years imprisonment, $250,000.00 in fines or both;
Count Thirty-One: 10 years to Life imprisonment, $250,000.00 in fines or both;
Count Thirty-Two: 5 years to Life imprisonment, $250,000.00 in fines or both;
Count Thirty-Three: Up to 10 years imprisonment, $250,000.00 in fines or both;

_____
Billy Arnold
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Print Name:
Counsel for Defendant

Dated: