| | AUSA: Michael Martin | Telephone: 313-226-9670 |
|---|---|---|
| AO 106 (Rev. 04/10) Application for a Search Warrant        Agent: | Shawn J. Horvath | Telephone: |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | ) | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No. 15-mc-51198-G |
| Facebook User names and Accounts stored at premise | ) | |
| Facebook headquarters in Menlo Park, CA | ) | |
| (more thoroughly described below) | ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

located in the  Eastern  District of  Michigan  , there is now concealed *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

The basis for the search under Fed.R.Crim.P.41(c) is *(check one or more)*:
☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

FILED
NOV 1 2 2015
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1959(a) | Violent Crimes in Aid of Racketeering |
| 18 U.S.C. § 1962(d) | Prohibited Activities of Racketeer Influenced and Corrupt Organizations |

The application is based on these facts:
See attached AFFIDAVIT.

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Agent Shawn Horvath, US Border Patrol
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ~~November 10, 2015~~  **NOV 1 2 2015**

*Judge's signature*

City and state: Detroit, MI

Mona K. Majzoub, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following Facebook user names and account numbers ("Accounts 1 through 42"):

True Religion K-Boogey 1141038131 ("Account 1");

Badguy Boskie Da Boss 100001489009506 ("Account 2");

Only 'The Squad 100008038152885 ("Account 3");

King Ty 1113498390 ("Account 4");

Tarvezo Conley 1491407882 ("Account 5");

'Well Paidd Ty 1428843335 ("Account 6");

Mike Mike 100005110983578 ("Account 7");

Hardwork Rookie Squad 100008467089511 ("Account 8");

Pierre Knight 100002372044429 ("Account 9");

Fiftyfive Dropsquad Mack 100005884810073 ("Account 10");

Kidd Will 1651094247 ("Account 11");

Ceo King Ray 1125642678 ("Account 12");

Tavia Hendrix (Hernandez) 100009330586178 ("Account 13");

BadGuy Weez 100007672127165 ("Account 14");

Jayjay Ripdrop 1092040167 ("Account 15");

Rip Da Guys 100000201781562 ("Account 16");

Hobsquad Richie 100009299115422 ("Account 17");

Bo Bandz 100002496955599 ("Account 18");

Makaveli Stevo 1003971884 ("Account 19");

Smb Hobsquad 1201136247 ("Account 20");

Badguyz Rono 100009091198704 ("Account 21");

Darius Oden 100007252306821 ("Account 22");

NO Scales Brick 100000999617496 ("Account 23");

Edward Sosa 10000097743305 ("Account 24");

Block Raised 100009009882018 ("Account 25");

Rest'n Peace Ryder 100009467295535 ("Account 26");

Hobsquad King Ant 100009100948970 ("Account 27");

Sammy Lee Petts 1194937338 ("Account 28");

Berenzo Bman Jones 100009539535891 ("Account 29");

Made Boss Jay 1594400443 ("Account 30");

Paid Tay 1634498596 ("Account 31");

Latesha Solomon 1261507356 ("Account 32");

Hobsquad Kingg Rono 100001341355530 ("Account 33");

Brandon Solomon 806800620 ("Account 34");

Dam Imis Mydog 100000454088853 ("Account 35");

Young N Paid Shooter 100007728311568; ("Account 36");

Badguy Kingblock 100009815622709 ("Account 37");

Dread Head Tay 100004367310949 ("Account 38");

Hobsquad King Legg 1605003671 ("Account 39");

Denzel Biggs 100000075564595 ("Account 40");

Meechy Luciano (Darius Drain) 100000110015031 ("Account 41");

TeAndre Ceo Trust Kennedy 1058615513 ("Account 42")

that are stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Menlo Park, California and any additional physical locations, servers, or data storage locations utilized by this entity to store electronic data relating to URL: www. Facebook.com.

2. All information and records, contained in Accounts 1 through 42 that relate to violations of 18 U.S.C. §§ 1959(a) Violent Crimes in Aid of Racketeering and 18 U.S.C. §§ 1962(d) Prohibited Activities of Racketeer Influenced and Corrupt Organizations, including but not limited to the following:

   a. Provide any user photos
   b. Private messages
   c. IP logs
   d. Additionally, any and all information including but not limited to the subscriber information to include, user identification number, email address, date and time stamp of account creation, date displayed in the coordinated universal time, most recent logins, IP addresses used for login and registered mobile number, profile contact information, mini-fee, status update history, shares, notes, wall postings, friend listings (with Facebook ID's), group listings (with facebook ID's), future and

      past events and video listings with filename for all associated accounts.

e. These should include any GPS coordinates for posted photos associated to each account.

## ATTACHMENT B

### Information to be disclosed by Facebook

1. To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

   (a) All contact and personal identifying information, including Accounts 1 through 42 full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Accounts 1 through 42: group identification number, a list of users currently registered to the group, and Group Contact Info, including all contact information for the creator and/or administrator of the group and a PDF of the current status of the group profile page.

   (b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c) All photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

(d) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i) All information about the Facebook pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Facebook searches performed by the account;

(l) All information about the user's access and use of Facebook Marketplace;

(m) The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

(n) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(o) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

**Information to be seized by the government**

2. All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18, United States Code, Section 1962 (Racketeering Influenced Corrupt Organizations Act); Title 18, United States

Code, Section 1959 (Violent Crimes in Aid of Racketeering); Title 18, United States Code, Section 922(g) (Felon in Possession of Firearm); Title 18, United States Code, Section 924(c) (Use of Firearm in Furtherance of a Crime of Violence); Title 21, United States Code, Sections 841, 844 and 846 (distribution, possession, and conspiracy to distribute controlled substances), including but not limited to the following since October 27, 2011:

- (a) Seven Mile Bloods, SMB, Hob Squad, SMB Kings, SMB Juniors, 55, and the Grinch Gang.
- (b) The possession, selling or distribution of illegal narcotics and drugs;
- (c) Acts of violence, including assaults or killings;
- (d) Weapons, firearms, or ammunition;
- (e) Criminal acts to further the gang's criminal enterprise;
- (f) Communication among gang members;
- (g) Symbols, signs or clothing associated with the Seven Mile Bloods;
- (h) Promoting and reaffirming the gang lifestyle to further the gang's criminal enterprise;
- (i) Records relating to who created, used, or communicated with the user ID, including records about their identities and whereabouts.

The terms "document," "record," and "information," includes information in all forms paper, photographic, video, or any type of electronic coding, text or data.