92. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

93. I further request that the Court order all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Shawn J. Horvath
United States Border Patrol Agent
Detroit FBI Violent Gang Task Force

Subscribed and sworn to before me on ~~November 9,~~ NOV 1 2 2015:

HON. Mona K. Majzoub
UNITED STATES MAGISTRATE JUDGE