**3**

**FILED**

JUN 13 2018

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D-1 Billy Arnold,

    Defendant.

Criminal No. 2:15-cr-20652

Honorable George Caram Steeh

---

## DEFENDANT'S ACKNOWLEDGMENT OF SIXTH SUPERSEDING INDICTMENT

---

I, Billy Arnold, defendant in this case, hereby acknowledge that I have received a copy of the Sixth Superseding Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count One: Up to Life in prison, and $250,000 fine;

Count Four: Not less than Life in prison and up to Death, and $250,000 fine;

Count Five: Up to Death, and $250,000 fine;

Count Six: Up to 10 years in prison, and $250,000 fine;

Count Seven: Up to 10 years in prison, and $250,000 fine;

Count Eight: Up to 10 years in prison, and $250,000 fine;

Count Nine: Up to 20 years in prison, and $250,000 fine;

Count Ten: Up to 20 years in prison, and $250,000 fine;

Count Eleven: Up to 20 years in prison, and $250,000 fine;

Count Twelve: Not less than 10 years in prison and up to Life in prison consecutive to any other term in prison, and $250,000 fine;

Count Thirteen: Up to 10 years in prison, and $250,000 fine;

Count Fourteen: Up to 20 years in prison, and $250,000 fine;

Count Fifteen: Not less than 25 years in prison and up to Life in prison consecutive to any other term in prison, and $250,000 fine;

Count Sixteen: Not less than Life in prison and up to Death, and $250,000 fine;

Count Seventeen: Up to Death, and $250,000 fine;

Count Eighteen: Up to 10 years in prison, and $250,000 fine;

Count Nineteen: Up to 10 years in prison, and $250,000 fine;

Count Twenty: Up to 10 years in prison, and $250,000 fine;

Count Twenty One: Up to 20 years in prison, and $250,000 fine;

Count Twenty Two: Up to ~~10~~ 20 years in prison, and $250,000 fine;

Count Twenty Three: Up to ~~10~~ 20 years in prison, and $250,000 fine;

Count Twenty Four: Not less than 25 years in prison and up to Life in prison consecutive to any other term in prison, and $250,000 fine;

Count Twenty Five: Up to 10 years in prison, and $250,000 fine;

Count Twenty Six: Up to ~~10~~ 20 years in prison, and $250,000 fine;

Count Twenty Seven: Not less than 25 years in prison and up to Life in prison consecutive to any other term in prison, and $250,000 fine;

Count Twenty Eight: Up to 10 years in prison, and $250,000 fine;

Count Twenty Nine: Up to 20 years in prison, and $250,000 fine;

Count Thirty: Up to 20 [~~10~~] years in prison, and $250,000 fine;

Count Thirty One: Not less than 25 years in prison and up to Life in prison consecutive to any other term in prison, and $250,000 fine;

Count Thirty Two: Not less than 25 years in prison and up to Life in prison consecutive to any other term in prison, and $250,000 fine; and

Count Thirty Three: Up to 10 years in prison, and $250,000 fine.

_____
Billy Arnold
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

    I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Maria Mannarino
Counsel for Defendant

Dated: 6/13/18