## **INDEX OF EXHIBITS**

A. ISide With Poll – Michigan

B. News Release Re: Michigan Catholic Conference Poll (2004)

C. Michigan Senate Joint Resolution G (2015)