UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BILLY ARNOLD, D-1,

    Defendant.
_____/

Case No. 15-20652-01

HON. GEORGE CARAM STEEH

ORDER REFERRING DEFENDANT BILLY ARNOLD'S
MOTION FOR ACCESS TO JURY SELECTION
RECORDS AND MATERIALS TO THE CHIEF JUDGE
FOR THE EASTERN DISTRICT OF MICHIGAN [ECF No. 1434]

On June 4, 2019, defendant Billy Arnold filed a motion for access to jury selection records and materials. [ECF No. 1434] Pursuant to Eastern District of Michigan Administrative Order No. 00-AO-060, to the extent a party seeks juror selection materials beyond the limited scope of discovery contemplated in the order – i.e., juror number, race, and Hispanic ethnicity – the motion is to be referred to the Chief Judge for a "case-by-case" determination of whether the moving party has shown "good cause" for the requested materials. E.D. Mich. Admin. Order No. 00-AO-060 (In re: Disclosure of Juror Information, Oct. 19, 2000).

Defendant Arnold seeks to join in the motion filed by two defendants in another death penalty prosecution in the Eastern District of Michigan, *United States v. Edwin Mills and Carlo Wilson*, 16-cr-20460 (Hon. Mark A. Goldsmith) ("*Mills/Wilson*"). [ECF Nos. 912, 917] The *Mills/Wilson* defendants seek access to non-public records showing how the District's grand and petit jury pools are constituted. Judge Goldsmith referred the motion to the Chief Judge pursuant to Administrative Order No. 00-AO-060. [ECF No. 915] On May 22, 2019, a hearing was held in *Mills/Wilson* before Chief Judge Denise Page Hood. A decision in that matter is pending.

The government does not oppose Arnold's requests to join in the motion filed in *Mills/Wilson* and for a referral order from this court to the Chief Judge. The court agrees that judicial economy will be served by permitting Arnold to join in the motion filed in *Mills/Wilson* and GRANTS the request for joinder. Because Arnold seeks additional juror selection records and materials beyond that contemplated by the Administrative Order, the court refers the motion to Chief Judge Denise Page Hood.

IT IS SO ORDERED.

Dated: June 10, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 10, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk