UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                     CR No. 15-20652-01

      v.                           HON. GEORGE CARAM STEEH
                                   UNITED STATES DISTRICT JUDGE

D-1  BILLY ARNOLD,

      Defendant.
_____/

## NOTICE OF WITHDRAWAL OF
## INTENT TO SEEK THE DEATH PENALTY (ECF No. 817)

The United States of America, by its attorneys, Saima S. Mohsin, Acting United States Attorney, Mark Bilkovic and A. Tare Wigod, Assistant United States Attorneys, hereby withdraws the death penalty notice (ECF No. 817, PgID.4670), and informs the Court and the defendant that it will not seek the death penalty against Billy Arnold. Thus, if defendant Billy Arnold is convicted of any death-eligible counts alleged in the Ninth Superseding Indictment or alleged in any previously filed indictments, the government will not seek the penalty of death for defendant Billy Arnold.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

*s/ MARK S. BILKOVIC*
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9623
mark.bilkovic@usdoj.gov
P48855

*s/ A. TARE WIGOD*
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9191
tare.wigod@usdoj.gov
P58479


Dated: September 13, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2021, the foregoing document was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to counsel and parties authorized to receive electronically Notices of Electronic Filing.

*s/ A. Tare Wigod*
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9191
tare.wigod@usdoj.gov
P58479