UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                              Plaintiff,

v.                                                        Case No. 2:15–cr–20652–GCS–DRG
                                                          Hon. George Caram Steeh

Billy Darrell Arnold, et al.,

                              Defendant(s),

---

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Billy Darrell Arnold

The defendant(s) shall appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 1051, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  April 21, 2022 at 02:00 PM

**ADDITIONAL INFORMATION:**    To discuss trial preparation and schedule

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/B Sauve_____
                                            Case Manager

Dated:  March 21, 2022