UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

D-1  BILLY ARNOLD,
      a.k.a. "B-Man",
      a.k.a. "Berenzo,"
      a.k.a. "Killa,"

        Defendant.
_____/

CRIMINAL NO. 15-cr-20652

HON. GEORGE CARAM STEEH
United States District Judge


FILED
JUN - 2 2022
CLERK'S OFFICE
U.S. DISTRICT COURT

## DEFENDANT'S ACKNOWLEDGMENT OF NINTH SUPERSEDING INDICTMENT

    I, BILLY ARNOLD, defendant in this case, hereby acknowledge that I have received a copy of the Ninth Superseding Indictment before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1: Up to life imprisonment and a fine of not more than $250,000.

Counts 2 and 10: Mandatory imprisonment for life and a fine of not more than $250,000.

Count 3 and 11: Imprisonment for any term of years or life, and a fine of not more than $250,000. Imprisonment on Counts 3 and 11 must be consecutive to any other term of imprisonment.

Counts 4, 5, 6, 8, 12, 13 ,14, and 16: Up to ten (10) years imprisonment and a fine of not more than $250,000.

<u>Counts 7, 9, 15, and 18</u>: Imprisonment for at least 10 years, up to life, and a fine of not more than $250,000. Imprisonment on Counts 7, 9, 15, and 18 must be consecutive to any other term of imprisonment.

<u>Count 17</u>: Up to twenty (20) years imprisonment and a fine of not more than $250,000.

<u>Count 19</u>: Up to ten (10) years imprisonment and a fine of not more than $250,000.

_____
BILLY ARNOLD
Defendant

Maria Mannarino
Attorney for Deft.

6/2/22