UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

v.

D-1 BILLY ARNOLD,

   Defendant.

NO. 15-cr-20652

HON. GEORGE CARAM STEEH

# PETITION FOR WRIT OF HABEAS CORPUS
# AD TESTIFICANDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad testificandum for Wayne County Jail prisoner Marquis Dominick Wicker, DOB xx/xx/1992, currently housed at Division II Wayne County Jail, and states:

The government intends to call Wayne County Jail prisoner Marquis Dominick Wicker, as a witness in the jury trial of United States v. Billy Arnold, scheduled to begin on September 27, 2022.

The jury trial will be in the courtroom of the Honorable George Caram Steeh, United States District Judge, and is scheduled to begin Tuesday, September 27, 2022, for jury selection. The government desires to interview the witness prior to his testimony and, thus, requests that he be brought to Detroit no later than Friday,

October 07, 2022, and made available for questioning at the U.S. Marshals Service lockup. A writ of habeas corpus ad testificandum is necessary to secure the witness's presence to testify in this case.

WHEREFORE, the government requests this Court to issue a of a writ of habeas corpus ad testificandum directing the MDOC and/or Wayne County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer to produce Wayne County Jail prisoner Marquis Dominick Wicker, at the places and times stated above.

                                         Respectfully submitted,

                                         DAWN N. ISON
                                         United States Attorney

                                         *s/ A. Tare Wigod*
                                         A. Tare Wigod   P58479
                                         Assistant United States Attorney
                                         211 W. Fort Street, Suite 2001
                                         Detroit, MI 48226
                                         Tare.Wigod@usdoj.gov
                                         (313) 226-9191

Date:  August 26, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

NO. 15-cr-20652

v.

HON. GEORGE CARAM STEEH

D-1 BILLY ARNOLD,

   Defendant.

# ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Testificandum be granted and that the Clerk of the Court issue a writ of habeas corpus ad testificandum in accordance with the government's petition.

_____
Elizabeth A. Stafford
United States Magistrate Judge

Date: August 26, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

v.

D-1 BILLY ARNOLD,

   Defendant.

NO. 15-cr-20652

HON. GEORGE CARAM STEEH

# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   The MDOC and/or Wayne County Sheriff, the United States Marshals Service, and any other interested federal law enforcement officer.

    Pursuant to the foregoing petition and order, you are directed to transport Wayne County Jail prisoner Marquis Dominick Wicker, DOB xx/xx/1992, currently housed at Division II Wayne County Jail, in Detroit, Michigan, to the U.S. Marshals Service lockup in the Theodore Levin U.S. Courthouse, Detroit, Michigan no later than Friday, October 07, 2022.  You are also directed to produce Wayne County Jail prisoner Marquis Dominick Wicker in the courtroom of United States District Judge George Caram Steeh, on any subsequent date or dates that his testimony is needed.  You are also directed to return Wayne County Jail prisoner

Marquis Dominick Wicker to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

KINIKIA D. ESSIX
Clerk

By: _M. Bhm_
Deputy Clerk
(Seal)