UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                               Case No. 15-cr-20652
                                                  Case No. 20-cr-20187

vs.                                                HON. SEAN F. COX
                                                  United States District Judge

D-1   BILLY ARNOLD,

        Defendant.
_____/

## GOVERNMENT'S RESPONSE TO ATTORNEY RICHARD JASPER'S MOTION TO WITHDRAW (ECF No. 1924)

On April 10, 2023, attorney Richard Jasper filed a motion to withdraw as counsel for defendant Billy Arnold. Several years prior, Mr. Jasper was appointed as learned counsel to represent the defendant after the government filed notice to seek the death penalty. However, on September 13, 2021, the government filed a notice of withdrawal of the death penalty. Nonetheless, Mr. Jasper continued as one of Arnold's attorneys for the trial conducted in the fall of 2022, which resulted in a mistrial. According to Mr. Jasper, he was continued as counsel on this matter for the limited purpose of exploring a resolution of the case prior to the retrial. Under the circumstances, the government takes no position on the request of Mr. Jasper and defers to the sound discretion of the Court.

DAWN N. ISON
United States Attorney


/s/ A. Tare Wigod
A. TARE WIGOD
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9191
tare.wigod@usdoj.gov
P58479

/s/ Mark S. Bilkovic
MARK S. BILKOVIC
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-9623
mark.bilkovic@usdoj.gov
P48855

/s/ Rajesh Prasad
RAJESH PRASAD
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-0821
Rajesh.prasad@usdoj.gov
P68519

April 26, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, the foregoing document was electronically filed by an employee of the United States Attorney's Office with the Clerk of the Court using the ECF system, which will send a copy to the applicable attorneys of record.

*s/ A. Tare Wigod*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9191
Tare.wigod @usdoj.gov
P58479