UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

                                        CASE NO. 15-cr-20652

v.

                                        HON. SEAN F. COX

D-1 BILLY ARNOLD,

      Defendant.

_____/

## MOTION RE: WRIT OF HABEAS CORPUS AD TESTIFICANDUM

    The United States of America, by and through its attorneys, DAWN N. ISON, United States Attorney, A. Tare Wigod, Mark Bilkovic, and Raj Prasad, Assistant United States Attorneys, moves this court to release the writ of habeas corpus ad testificandum. The writ of habeas corpus ad testificandum issued on August 3, 2023 by the Court to the Michigan Department of Corrections shall be discharged and the prisoner Marquis Dominick Wicker, MDOC No. 949638, shall return to the custody of that Department promptly.

                                          DAWN N. ISON
                                        United States Attorney

                                        *s/ A. Tare Wigod*
                                        A. Tare Wigod   P58479
                                        Assistant United States Attorney
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI 48226
                                        Tare.Wigod@usdoj.gov

Date: November 16, 2023             (313) 226-9191

**IT IS SO ORDERED.**

The United States Marshal is directed to return prisoner Marquis Dominick

Wicker, MDOC No. 949638, to the custody of the Michigan Department of

Corrections.

Dated:  November 17, 2023                    s/Sean F. Cox
                                                               Sean F. Cox
                                                               U. S. District Judge